**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| JEFFREY LYNN NAGLE, EXECUTOR OF THE ESTATE OF DOUGLAS EDWARD BELL, DECEASED, | : : : | No. 835 MAL 2016 |
| | : | Petition for Allowance of Appeal from |
| Petitioner | : | the Order of the Commonwealth Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| TRUEBLUE, INC., LABOR READY, INC. AND LABOR READY NORTHEAST, INC. AND RYE TOWNSHIP, | : : : | |
| | : | |
| Respondents | : | |

**ORDER**

**PER CURIAM**

**AND NOW**, this 2nd day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.